■ In the Matter of CHRISTOPHER P. FOWLER, Appellant, v VALERIE M. VANGEE, Respondent. [24 NYS3d 564]—Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered December 16, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner father appeals from an order dismissing his petition seeking to modify a prior order of visitation. Contrary to the father's contention, we conclude that Family Court did not abuse its discretion in dismissing his petition without conducting a hearing. A hearing is not required whenever a parent seeks modification of a visitation order and, here, the father "failed to make a sufficient evidentiary showing of a change in circumstances to require a hearing" (*Matter of Consilio v Terrigino*, 114 AD3d 1248, 1248 [2014] [internal quotation marks omitted]). Present—Whalen, P.J., Smith, Centra, Carni and Scudder, JJ.